Law Offices of Agre & St. John
Christopher St. John, Esquire
ID#0322022002
4 Kings Highway East
Haddonfield, NJ 08033
(856) 428-7797 / (856) 428-8779 fax
attyagre@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>NATHANIAL McCOY, et al<br><br>Defendant(s) | CRIM. NO.: 19- 804(AET)-10<br><br>**CONSENT ORDER** |

THIS MATTER, having been opened to the Court by Christopher St. John, Esquire, attorney for Defendant Nathanial McCoy, requesting an Order modifying the conditions of his release from home incarceration with location monitoring to home detention,

IT IS on this 6th day of March, 2020;

ORDERED that the conditions of Defendant, Nathanial McCoy's, release are modified to home detention.

Hon. Anne E. Thompson
United States District Judge

Consented to by:

Ray Mateo, AUSA
Martha Nye, AUSA

Christopher St. John, Esquire